DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JILLIAN BIRBRAYER,**
Appellant/Cross-Appellee,

v.

**ADDISON TRACE CONDOMINIUM ASSOCIATION, INC.,**
Appellee/Cross-Appellant.

No. 4D2025-0341

[June 18, 2026]

Appeal and cross-appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Reid Parker Scott, II, Judge; L.T. Case No. 502024CA000628XXXAMB.

Christopher Anthony Sajdera of Sajdera, P.A., Boca Raton, and Scott James Edwards of Scott J. Edwards, P.A., Boca Raton, for appellant/cross-appellee.

Ryan Michael Aboud of Ryan M. Aboud, P.A., Boca Raton, for appellee/cross-appellant.

PER CURIAM.

*Affirmed.*

GROSS, MAY and LEVINE, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***